**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 2 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case Number **CV 11 - 2148**

| | |
|---|---|
| REBECCA PETERSON | ) |
| Plaintiff | ) |
| vs. | ) |
| RJM ACQUISTIONS FUNDING, LLC | ) |
| Defendant | ) |

CIVIL COMPLAINT

JURY TRIAL DEMANDED

**NO SUMMONS ISSUED**

## COMPLAINT AND JURY DEMAND

**COMES NOW**, Plaintiff, Rebecca Peterson, by and through her undersigned counsel, Bruce K. Warren, Esquire of Warren & Vullings, LLP, complaining of Defendant, and respectfully avers as follows:

## I. INTRODUCTORY STATEMENT

1.    Plaintiff, Rebecca Peterson, is an adult natural person and she brings this action for actual and statutory damages and other relief against Defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## II. JURISDICTION

2.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337.

3.      Venue in this District is proper in that the Defendant maintains a principle address in this District.

### III.  PARTIES

4.      Plaintiff, Rebecca Peterson is an adult natural person residing at 213 Dreamcatcher Drive, Winchester, VA 22603.  At all times material and relevant hereto, Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a (2).

5.      Defendant, RJM Acquisitions Funding, LLC ("Defendant"), at all times relevant hereto, is and was a Limited Liability Corporation engaged in the business of collecting debt within the States of Virginia and New York with its principal place of business located at 575 Underhill Boulevard, Suite 224 Syosset, NY 11791.

6.      Defendant is engaged in the collection of debts from consumers using the telephone and mail.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

### IV.  FACTUAL ALLEGATIONS

7.      On or around March 7, 2011, Plaintiff received a letter from Defendant dated March 3, 2011 regarding an alleged debt due to Fingerhut for the amount of $269.38.  **See Exhibit "A" attached hereto.**

8.      Defendant's letter was addressed to the Plaintiff using the Plaintiff's former married name which indicated that the alleged debt is over 11 years old.  Defendant's letter also contained a previous address of Plaintiff's but did not indicate the correct city.

9.      Defendant's letter listed three opportunities available to Plaintiff for paying off the alleged debt.

10.     On the reverse side of Defendant's letter, Defendant included a "Statement Listing" of the items Plaintiff allegedly purchased from Fingerhut.  **See Exhibit "B" attached hereto.**

11.     Defendant's letter states that Defendant purchased the alleged account on August 16, 2002 for purchases allegedly made in 1997.

12.     Plaintiff had never been contacted prior to Defendant's March 3, 2011 letter regarding this alleged debt.

13.     On or around March 9, 2011, Plaintiff sent Defendant a letter requesting validation from Defendant regarding the alleged debt.  **See Exhibit "C" attached hereto.**

14.     Plaintiff sent the aforementioned letter to Defendant via certified mail, return receipt requested.  **See Exhibit "D" attached hereto.**

15.     Defendant received Plaintiff's letter on March 12, 2011, as per search results on the United States Postal Service website.  **See Exhibit "E" attached hereto.**

16.     On or around March 21, Plaintiff received a letter from Defendant dated March 16, 2011 stating that Defendant enclosed a response to Plaintiff's inquiry regarding the alleged debt.  **See Exhibit "F" attached hereto.**

17.     Defendant's second letter reiterated what Defendant's first letter stated only in the second letter, Defendant included the date of Plaintiff's alleged last payment and the amount paid.

privacy, damage to Plaintiff's credit, out-of-pocket expenses, physical, emotional and mental pain and anguish and pecuniary loss and they will continue to suffer same for an indefinite time in the future, all to their great detriment and loss.

## COUNT I – FDCPA

27.     The above paragraphs are hereby incorporated herein by reference.

28.     At all times relevant hereto, Defendant was attempting to collect an alleged debt which was incurred by Plaintiff for personal, family or household purposes and is a "debt" as defined by 15 U.S.C. § 1692a(5).

29.     The foregoing acts and omissions constitute violations of the FDCPA, including but not limited to, violations of:

| §§ 1692d: | Any conduct the natural consequence of which is to harass, oppress, or abuse any person |
| §§ 1692e: | Any other false, deceptive, or misleading representation or means in connection with the debt collection |
| §§ 1692e(2): | Character, amount, or legal status of the alleged debt |
| §§ 1692e(10): | Any false representation or deceptive means to collect a debt or obtain information about a consumer |
| §§ 1692f: | Any unfair or unconscionable means to collect or attempt to collect the alleged debt |

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant, RJM Acquisitions Funding, LLC for the following:

a.  Actual damages;

b.  Statutory damages pursuant to 15 U.S.C. § 1692k;

c.  Reasonable attorney's fees and litigation expenses, plus costs of suit; and

d.  Such additional and further relief as may be appropriate or that the interests of justice require.

## V.  JURY DEMAND

Plaintiff hereby demands a jury trial as to all issues herein.

Respectfully submitted,

WARREN & VULLINGS, LLP

Date:  April 28, 2011

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire

Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, PA 19046
215-745-9800   Fax 215-745-7880
Attorneys' for Plaintiff

# Exhibit "A"

RJM Acquisitions Funding LLC
575 Underhill Blvd., Suite 224
Syosset, NY 11791-3416
00295376760000002RJMPN1030311

**JM Acquisitions Funding LLC**
**575 Underhill Blvd. Suite 224**
**Syosset, NY 11791-3416**
Fax No. (516) 714-1310
www.rjmacqny.com
Mon-Thurs 8am-7pm, Fri 8am-3pm
March 3, 2011

777 1073 00233468
823310

**PERSONAL & CONFIDENTIAL**

**RJF**

| 1-800-644-8075 |
| Access Code ♦ |

REBECCA A RICHARDS
213 DREAMCATCHER DR
WINCHESTER VA 22603-2356

*See Back of Letter for a
Statement Listing the Items
You Purchased That Add
Up to $269.48.*

Dear Rebecca A Richards:

RJM Acquisitions Funding LLC ("RJM") has purchased the following account:

| RJM Purchased Your ▸ | FINGERHUT ACCOUNT |
| FINGERHUT ACCOUNT# ▸ | |
| A Previous Address of Yours ▸ | 5720 HARR AVE APT A |
| | COLORADO SPRINGS, CO 80902-1919 |
| Balance Due ▸ | **$269.48** |

## OPPORTUNITY #1
### SETTLE THIS ACCOUNT FOR $107.79 (A 60% DISCOUNT)

You can settle this account with a **lump sum** payment of **$107.79**, a 60% discount off the balance due of **$269.48**.

## OPPORTUNITY #2
### SETTLE THIS ACCOUNT FOR $161.68 (A 40% DISCOUNT) PAYABLE AT $32.33 PER MONTH

If you can send **$32.33** per month, then you can settle this account for **$161.68**, a 40% discount off the balance due of **$269.48**.

## OPPORTUNITY #3
RJM is pleased to accept **$16.16** per month until the balance due of **$269.48** is paid.

Please respond by **April 17, 2011.** When you finish paying, your account will be **Satisfied in Full.**

**YOU CAN PAY BY:** Check, Check by Phone, Money Order, VISA (Debit or Credit), American Express, MasterCard (Debit or Credit), WESTERN UNION QUICK COLLECT.

To pay this account over the phone, call 1-800-644-8075

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

## See back of letter for important information.

This communication is from a debt collector.

▼ Detach Here ▼                                                                    ▼ Detach Here ▼

▼ Detach

Re: REBECCA A RICHARDS
Please respond by April 17, 2011

FINGERHUT ACCOUNT℠
Access code
RJM Toll Free 1-800-644-8075

✓ **Yes!** I like:

☐ **OPPORTUNITY #1:** Enclosed is my payment of $107.79 (a 60% discount). My account is now satisfied in full.

☐ **OPPORTUNITY #2:** Enclosed is my first payment of $32.33 towards the settlement balance of $161.68 (a 40% discount). Please send me a receipt.

☐ **OPPORTUNITY #3:** Enclosed is my first payment of $16.16 towards the balance due of $269.48. Please send me a receipt.

☐ Other: _____

Email Address: _____

PLEASE COMPLETE IF PAYING BY DEBIT/CREDIT CARD.

VISA ☐    MasterCard ☐    ☐    Debit ☐

Card No. _____

Expiration Date: ___ / ___  Amount: $ _____

Cardholder Name: _____

RJFPN1
PN1.V1a
823310        PN1        3/3/11        RJF  Signature: _____
213 DREAMCATCHER DR

Exhibit "B"

**Back of Letter**



### IMPORTANT INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

### Account Information

FINGERHUT ACCOUNT #

A Previous Address of Yours ▶  5720 HARR AVE APT A
COLORADO SPRINGS, CO 80902-1919

Date fu/MP:urcha:abr the Account   August 16, 2002

### FINGERHUT ACCOUNT STATEMENT

| PRODUCT DESCRIPTION | DATE | ITEM# | Amount |
|---|---|---|---|
| TOYBOX /BKCASE STRYT | PURCHASED 05/1997 | ITEM 13510375 | $28.74 |
| BED SET 14  BROCADE | PURCHASED 05/1997 | ITEM 63636480 | $52.74 |
| CAROUSEL GOOD TIMES | PURCHASED 09/1997 | ITEM 75807521 | $188.00 |

000 002                                                                 00233468

| Name (please print clearly) | | Access code |
|---|---|---|
| | | Re: REBECCA A RICHARDS |
| Address | Apt. No. | Account Balance: $269.48 |
| City | State    Zip | |

☐ Check here if your address has changed.
Make changes above.

Email Address:_____
☐ My name has changed to:

_____
New Name

√ Make your check or money order payable to RJM Acquisitions Funding LLC.

RJM Acquisitions Funding LLC
575 Underhill Blvd. Suite 224
Syosset, NY 11791-9827

**RJF**

√ Write Access code 332128376936 on your payment or correspondence.

**PN1**                                    3/3/11
213 DREAMCATCHER DR

Exhibit "C"

Rebecca Peterson
213 Dreamcatcher Drive
Winchester, Virginia 22603

RJM Acquisitions Funding LLC
Suite 224
575 Underhill Blvd
Syosset, NY 11791-3416

March 09, 2011

Dear Collection Manager,
Re:  Your Access Code                        Fingerhut Account #

This letter is in response to a collection notice which I received from your company,
dated March 3, 2011. Your letter states that your agency is attempting to collect a debt
pertaining to a creditor listed as Fingerhut, dated August 16, 2002, with alleged purchases
dated May, 1997.  Prior to March 09, 2011 I have never been notified of this
collection/alleged debt.

As per the FDCPA, I have the right to request a validation of this debt. I request you to
prove that I am indeed the party who is by contract obligated to pay off this debt.  In
addition, I request all future contact from your company via the United States Postal
Service.  I also do not authorize you to contact a third party regarding the alleged debt.

I hope you are aware of the fact that reporting any invalidated information to major credit
bureaus may constitute defamation of character, as a negative listing on a credit report
does not allow me to enjoy the benefits of good credit. In addition, you must also be
aware that until you validate this debt, you can neither continue collection activities nor
report this information on my credit report. I'm sure your legal staff will agree that non-
compliance with this request is likely to put your company in serious legal trouble with
the Federal Trade Commission (FTC) and other state/federal agencies.

Please attach copies of the following documents:

1. Agreement with your client that authorizes you to collect on this alleged debt.
2. Agreement that bears signature of the alleged debtor wherein he promises to pay
   the creditor.
3. Complete payment history on this account so as to prove that the debt amount you
   wish to collect is correct.
4. Proof that your company is licensed to collect debts in the state in which I reside.
5. Proof that the alleged debt is not past the state of Virginia's statute of limitations.

Please also be advised that I will be forwarding all correspondence to my attorney.

With regards,

s/Rebecca Peterson

Exhibit "D"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RJM Acquisitions
Funding LLC
Suite 224
575 Underhill Blvd
Syosset, NY
11791-3416

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Amanda Komornik

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7010 3090 0002 2544 5921

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

```
         STEPHENS CITY POST OFFICE
         STEPHENS CITY, Virginia
                  226559998
             5165430311 -0098
03/10/2011   (800)275-8777   11:17:57 AM

           Sales Receipt
Product        Sale  Unit    Final
Description     Qty  Price   Price

SYOSSET NY 11791 Zone-3          $0.44
First-Class Letter
 0.50 oz.
 Expected Delivery: Sat 03/12/11
 Return Rcpt (Green Card)        $2.30
 Certified                       $2.80
 Label #:
          7010309000022545921
                               ========
 Issue PVI:                      $5.54


Total:                           $5.54

Paid by:
MasterCard                       $5.54
  Account #:     XXXXXXXXXXXX2975
  Approval #:    769617
  Transaction #: 495
 23 903321198

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000202626452
Clerk: 01

  All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
*****************************************
*****************************************
      HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE
```

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.44 | 0311 |
| Certified Fee | $2.80 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | 03/10/2011 |
| Total Postage & Fees | $5.54 | |

Sent To
RJM Acquisitions LLC Funding
Street, Apt. No.; or PO Box No.
Suite 224 575 Underhill Blvd
City, State, ZIP+4
Syosset, NY 11791-3416

PS Form 3800, August 2006   See Reverse for Instructions

7010 3090 0002 2544 5921

Exhibit "E"



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 3090 0002 2544 5921**
Expected Delivery Date: **March 12, 2011**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
     **Return Receipt**
Status: **Delivered**

Your item was delivered at 12:01 pm on March 14, 2011 in SYOSSET, NY 11791.

Detailed Results:

- **Delivered, March 14, 2011, 12:01 pm, SYOSSET, NY 11791**
- **Arrival at Unit, March 14, 2011, 6:43 am, SYOSSET, NY 11791**
- **Acceptance, March 10, 2011, 11:17 am, STEPHENS CITY, VA 22655**

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Exhibit "F"

*RJM ACQUISITIONS FUNDING LLC*
*575 Underhill Blvd.*
*Suite 224*
*Syosset, NY 11791*
*1 (800) 886-0026 Toll Free*
*Fax # (516) 714-1310*

March 16, 2011

REBECCA A RICHARDS
213 DREAMCATCHER DR
WINCHESTER VA 22603-2356

| | |
|---|---|
| **Regarding Your:** | **FINGERHUT** |
| **Regarding Account#:** | |
| **RJM File Number:** | |
| **Account Balance:** | **$269.48** |

Dear REBECCA A RICHARDS:

Please review the enclosed documents we have provided in response to your inquiry regarding the above referenced account.

If you believe any information contained in this letter or the enclosed documents is not accurate, kindly complete the enclosed Inaccuracy/Dispute form and return it to us using the postage paid envelope provided.

RJM ACQUISITIONS FUNDING LLC is the owner of this account.

Very truly yours,

*Jamie Rozansky*

Jamie Rozansky
Director of Operations

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

AKOMRJM                                                                     000 002

<u>Account Information</u>

March 16, 2011


Re:                              REBECCA A RICHARDS
Address:                         213 DREAMCATCHER DR
                                 WINCHESTER  VA  22603-2356


RJM File Number:

Name and Address of the          FINGERHUT
Original/Previous Creditor:      16 MCLELAND RD, ST. CLOUD, MN 56303


Regarding Account#:

A previous address of yours:     5720 HARR AVE APT A
                                 COLORADO SPRINGS        CO  80902-1919

Amount of your last payment: $18.80

Date of your last payment:   12/12/1997        .

Account Balance:             $269.48

RJM ACQUISITIONS FUNDING LLC is the owner of this account.


THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

AKOMRJM                                                  000 002

**FINGERHUT STATEMENT FOR: REBECCA A. RICHARDS**

PRODUCT DESCRIPTION:  TOYBOX /BKCASE STRYT
SALE'S DATE:  05/97    SALE'S PRICE:  57.48
ORDER NUMBER: 13510375   SEQ. NUMBER:  13201
BALANCE DUE:        28.74

PRODUCT DESCRIPTION:  BED SET FL -BROCADE
SALE'S DATE:  05/97    SALE'S PRICE:  105.48
ORDER NUMBER: 63536480   SEQ. NUMBER:  13201
BALANCE DUE:        52.74

PRODUCT DESCRIPTION:  CAROUSEL GOOD TIMES
SALE'S DATE:  09/97    SALE'S PRICE:  225.60
ORDER NUMBER: 75807521   SEQ. NUMBER:  13202
BALANCE DUE:        188.00

Exhibit "G"

*RJM ACQUISITIONS FUNDING LLC*
*575 Underhill Blvd.*
*Suite 224*
*Syosset, NY 11791*
*1 (800) 886-0026 Toll Free*
*Fax # (516) 714-1310*

March 16, 2011

REBECCA A RICHARDS
213 DREAMCATCHER DR
WINCHESTER  VA  22603-2356

### INACCURACY/DISPUTE FORM

**Regarding Your:**          FINGERHUT
**Regarding Account#:**
**RJM File Number:**

Dear REBECCA A RICHARDS:

If you believe any information concerning this account is not accurate, kindly complete this inaccuracy/dispute form and return it to us using the postage paid envelope provided. Please also include any documentation you may have to support your claim.

**Reason(s) for inaccuracy/dispute: (Please check ALL boxes that apply)**

☐ Not my social security number
☐ Never signed application
☐ My wallet/purse was lost
☐ My wallet/purse was stolen
☐ My identity was stolen
☐ Never applied for this account
☐ Never lived at address on record
☐ Account included in bankruptcy; case# _____ ; filing date _____ ; discharge date _____
☐ My spouse/family member_____ is responsible
☐ Other _____

☐ Never received credit card/checks in the mail
☐ I was a minor when account was opened (please provide proof)
☐ I was only an authorized user of this account (not a responsible party)
☐ This account was opened after my divorce
☐ Account was settled/paid. Please provide proof.
☐ Account balance is not accurate. Balance should be _____
☐ I am responsible for the sum of _____

PLEASE GIVE AN EXPLANATION OF THE INACCURACY/DISPUTE: _____
_____
_____
_____

IF YOU BELIEVE YOU ARE *NOT* RESPONSIBLE FOR THIS ACCOUNT, PLEASE KINDLY ADVISE US BELOW WHO IS RESPONSIBLE FOR THE ACCOUNT:

Name of Person Responsible for the Account:          Date of Birth: _____
_____          Social Security Number: _____
Address: _____          Business Address: _____
_____          _____
Home Phone # _____          Business Phone # _____

Do you have written proof of the inaccuracy/dispute?          Was a police report filed?

☐ Yes. If yes, please attach proof of inaccuracy/dispute to          ☐ Yes. If yes, please attach a copy of the police report to this
   this form.                                                              form.
☐ No                                                          ☐ No

x _____     x _____
          Signature                              Date

AKOMRJM                                                          000 002

Exhibit "H"

**RJM ACQUISITIONS FUNDING LLC**
*575 Underhill Blvd.*
*Suite 224*
*Syosset, NY 11791*
*1 (800) 886-0026 Toll Free*
*Fax # (516) 714-1310*

March 16, 2011

REBECCA A RICHARDS
213 DREAMCATCHER DR
WINCHESTER VA  22603-2356

**INACCURACY/DISPUTE FORM**

**Regarding Your:**           **FINGERHUT**
**Regarding Account#:**
**RJM File Number:**

Dear REBECCA A RICHARDS:

If you believe any information concerning this account is not accurate, kindly complete this inaccuracy/dispute form and return it to us using the postage paid envelope provided. Please also include any documentation you may have to support your claim.

**Reason(s) for inaccuracy/dispute: (Please check ALL boxes that apply)**

| | |
|---|---|
| ☐ Not my social security number | ☐ Never received credit card/checks in the mail |
| ☒ Never signed application | ☐ I was a minor when account was opened (please provide proof) |
| ☐ My wallet/purse was lost | ☐ I was only an authorized user of this account (not a responsible party) |
| ☐ My wallet/purse was stolen | ☐ This account was opened after my divorce |
| ☐ My identity was stolen | ☐ Account was settled/paid. Please provide proof. |
| ☐ Never applied for this account | ☐ Account balance is not accurate. Balance should be _____ |
| ☐ Never lived at address on record | ☐ I am responsible for the sum of _____ |
| ☐ Account included in bankruptcy; case# _____; filing date _____; discharge date _____ | |
| ☐ My spouse/family member _____ is responsible | |
| ☐ Other _____ | |

**PLEASE GIVE AN EXPLANATION OF THE INACCURACY/DISPUTE:** You have not provided me with the requested verification of this alleged debt specifically – You have not provided me with anything that bears my legal signature nor have you provided me with the other items I requested in my initial verification letter.

**IF YOU BELIEVE YOU ARE _NOT_ RESPONSIBLE FOR THIS ACCOUNT, PLEASE KINDLY ADVISE US BELOW WHO IS RESPONSIBLE FOR THE ACCOUNT:**

Name of Person Responsible for the Account: _____    Date of Birth: _____
_____    Social Security Number: _____
Address: _____    Business Address: _____
_____    _____
Home Phone # _____    Business Phone # _____

Do you have written proof of the inaccuracy/dispute?        Was a police report filed?

☐ Yes. If yes, please attach proof of inaccuracy/dispute to          ☐ Yes. If yes, please attach a copy of the police report to this
    this form.                                                                                          form.
☐ No                                                                                              ☐ No

I AM NOT SIGNING THIS FORM, AS YOU HAVE
x   NOT PROVIDED ME ANYTHING WITH MY
                      Signature  SIGNATURE AS        Date
                                        REQUESTED

AKOMRJM                                                                                    000 002

Exhibit "I"



STEPHENS CITY POST OFFICE
STEPHENS CITY, Virginia
226559998
5165430311 -0098
04/13/2011    (800)275-8777        12:01:03 PM

| Product<br>Description | Sales Receipt<br>Sale Unit<br>Qty Price | Final<br>Price |
|---|---|---|
| SYOSSET NY 11791 Zone-3<br>First-Class Letter<br>0.40 oz.<br>Expected Delivery: Fri 04/15/11 | | $0.44 |
| Return Rcpt (Green Card) | | $2.30 |
| Certified | | $2.80 |
| Label #:  70103090000225455531 | | |
| Issue PVI: | | $5.54 |

Total:                                       $5.54

Paid by:
Cash                                        $10.00
Change Due:                                 -$4.46

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*********************************************
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************

Bill#: 1000202653548
Clerk: 01

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
*********************************************
*********************************************
        HELP US SERVE YOU BETTER

    Go to: https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*********************************************
*********************************************